**Order entered December 16, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00259-CR**

**ANTHONY LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1976845-W**

_____

**ORDER**

The appellant's brief received by this Court was overdue. Pursuant to this Court's order of October 26, 2022, the brief was due November 28, 2022. We received the brief December 6, 2022. We **ORDER** appellant to file within ten days of the date of this order a motion for extension of time to file the brief providing the facts reasonably explaining the need for an extension. *See* TEX. R. APP. P. 10.5(b), 38.6(d).

/s/ ERIN A. NOWELL
   JUSTICE